UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Robert NINTEMAN, Plaintiff, v. THE DUTRA GROUP, et al., Defendants. | Case No.: 18-cv-1222-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER (ECF No. 43) AND FOURTH AMENDED SCHEDULING ORDER** |
|---|---|

Good cause appearing, the Court grants the parties' joint motion to amend the Scheduling Order. The new dates are:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | May 25, 2020 |
| Rebuttal Expert Witness Designations and Disclosures | June 26, 2020 |
| Fact Discovery Completion | July 24, 2020 |
| Expert Discovery Completion | July 24, 2020 |
| MSC Statements | August 3, 2020 |
| Mandatory Settlement Conference | August 10, 2020, at 9:00 a.m. |
| Pretrial Motions | August 28, 2020 |

This order only modifies the dates in the second amended scheduling order (ECF No. 37); all other provisions of the Court's original scheduling order (ECF No. 12) remain in effect. Because this is the third extension granted in anticipation of plaintiff reaching

maximum medical improvement (*See* ECF No. 36, at 2; ECF No. 41, at 2; ECF No. 43, at 2), no further extensions will be granted absent exceptional circumstances.

Dated: February 25, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge