UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Robert NINTEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE DUTRA GROUP, et al.,<br><br>    Defendants. | Case No.: 18-cv-1222-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER (ECF No. 45) AND FOURTH AMENDED SCHEDULING ORDER** |
|---|---|

Good cause appearing, the Court grants the parties' joint motion to amend the Scheduling Order. The new dates are:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | August 24, 2020 |
| Rebuttal Expert Witness Designations and Disclosures | September 21, 2020 |
| Fact Discovery Completion | October 26, 2020 |
| Expert Discovery Completion | October 26, 2020 |
| MSC Statements | November 2, 2020 |
| Mandatory Settlement Conference | November 9, 2020, at 9:00 a.m. |
| Pretrial Motions | November 30, 2020 |

This order only modifies the dates in the fourth amended scheduling order (ECF No. 44); all other provisions of the Court's original scheduling order (ECF No. 12) remain in effect. The Court notes that this is the fourth extension requested, at least in part, in

anticipation of plaintiff reaching maximum medical improvement, (s*ee* ECF No. 36, at 2; ECF No. 41, at 2; ECF No. 43, at 2; ECF No. 45, at 2) and reminds the parties that no further extensions will be granted absent exceptional circumstances.

Dated: April 21, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge