UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Robert NINTEMAN, Plaintiff, v. THE DUTRA GROUP, et al., Defendants. | Case No.: 18-cv-1222-MMA-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE FACT AND EXPERT DISCOVERY COMPLETION DATES, MSC AND PRETRIAL MOTION DATES (ECF No. 60)** |
|---|---|

The Court grants in part and denies in part the parties' joint motion to continue fact and expert discovery completion dates and to generally amend the Scheduling Order. The new dates are:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures (limited to orthopedic and neurology reports) | November 2, 2020 |
| Rebuttal Expert Witness Designations and Disclosures | December 2, 2020 |
| Fact Discovery Completion | December 23, 2020 |
| Expert Discovery Completion | December 23, 2020 |
| MSC Statements | January 6, 2021 |
| Mandatory Settlement Conference | January 13, 2021, at 9:00 a.m. |
| Pretrial Motions | February 3, 2021 |

After granting four extensions to the scheduling order (s*ee* ECF No. 37, at 1; ECF No. 42, at 1; ECF No. 44, at 1; ECF No. 46, at 1), the Court reminded the parties that "no further extensions will be granted absent exceptional circumstances." (ECF No. 46.) While the parties' proffered reasons do not meet this standard, the Court nevertheless finds good cause for a somewhat shorter extension of the schedule.  No further extensions will be granted absent exceptional circumstances.

Dated: October 19, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge