# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NINTEMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE DUTRA GROUP and R.E. STAITE ENGINEERING, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 18-cv-1222-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 70] |

　　　The parties have filed a joint motion to dismiss the action with prejudice. *See* Doc. No. 70.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

　　　**IT IS SO ORDERED**.

Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　United States District Judge